Sixth Circuit denied. *Messrs. Charles W. Milner, Frank M. Tracy, Chester J. Gerkin, Matt Herold,* and *John Weld Peck* for petitioner. *Mr. John D. Ellis* for respondents.

No. 427. HILTON LUMBER CO. *v.* GRISSOM, COLLECTOR OF INTERNAL REVENUE. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John W. Townsend* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *J. Louis Monarch* for respondent.

No. 428. CEM SECURITIES CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Thomas G. Haight, Robert H. Montgomery,* and *J. Marvin Haynes* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 436. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR *v.* SAN SOUCI, COLLECTOR OF CUSTOMS. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. A. Warner Parker* for petitioner. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Messrs. Wm. S. Ward* and *W. Marvin Smith* for respondent.

No. 440. BRODERICK, SUPERINTENDENT OF BANKS OF NEW YORK, *v.* IRVING TRUST CO. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Ap-